# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SARAH WASILEWSKI, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | 1:25-cv-00195-TRJ |
| SPECIAL AGENT RYAN § | |
| LONG, § | |
| § | |
| *Defendant*. § | |

## NOTICE OF APPEARANCE

Noah Green, of Henefeld & Green, hereby enters an appearance on behalf of Defendant in the above-styled action and requests that all communications, filings, and orders in this matter be directed to him.

Respectfully submitted this 14th day of May, 2025.

**HENEFELD & GREEN, P.C.**

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the opposing party with a copy of the ***Notice of Appearance on Behalf of Defendant***, by filing same with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

This 14th day of May, 2025.

                                                HENEFELD & GREEN, P.C.

                                                /s/ Noah Green
                                                Noah Green
                                                Georgia Bar No. 468138
                                                *Attorney for Defendant*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com