This form to be completed by the United States District Court Clerk's Office and dated and signed by the Defendant only.

## WAIVER OF SERVICE OF SUMMONS

TO:   <u>THE CLERK OF COURT, NORTHERN DISTRICT OF GEORGIA on behalf of</u>:

Sarah Wasilewski (Plaintiff)

    I acknowledge receipt of your request that I waive service of a summons in the action of Sarah Wasilewski vs. Special Agent Ryan Long, which is case number 1:25-cv-00195-TRJ, in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity of whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed with the court and served upon you within 60 days after <u>April 2, 2025</u>, or within 90 days after that date if the request was sent outside the United States.

<u>April 29, 2025</u>   _____
Date   Signature
                                Printed/
                                Typed Name: <u>Noah Green, Esq.</u>
                                            [as_____]
                                            [of_____]